IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BRYANT PHIFER,

      Plaintiff,

    v.

SACRAMENTO CITY AND
COUNTY HOUSING AND
REDEVELOPMENT AGENCY, et al.,

      Defendants.

_____/

No. CIV S-07-0747 LKK DAD PS

ORDER

        By order filed April 24, 2007, the pro se plaintiff was granted leave to proceed in forma pauperis and was directed to provide documents to the United States Marshal, within thirty days, for service of process on defendants Sacramento City and County Housing and Redevelopment Agency and on the agency's director, Anne Moore. Before the court is a motion in which plaintiff makes two requests.

        First, plaintiff requests permission to use the court's electronic filing system. Plaintiff explains that he is "legally homeless" and that electronic communication would be less burdensome for him. Although the Eastern District of California is an electronic management/filing district, unrepresented persons are required to file and serve paper documents unless the assigned Judge or Magistrate Judge grants leave to utilize electronic filing. Local Rule

1  5-133(a) & (b)(2).  A request to use electronic filing as an exception to the rule may be made as a
2  written motion setting out an explanation of reasons for the requested exception.  Local Rule 5-
3  133(b)(3).  Here, the pro se plaintiff has filed a written motion in which he sets out his reasons
4  for requesting permission to use electronic filing.  However, it is not clear whether plaintiff has
5  acquainted himself with the requirements applicable to electronic filing in this court and is aware
6  of the hardware and software needed for electronic filing.

7  Plaintiff is directed to file a declaration in which he states that he is aware of the
8  electronic filing requirements, has the necessary hardware and software, and will comply with all
9  requirements concerning electronic filing in this court.  General information is available on the
10 following website:  http://www.uscourts.gov/  For additional information, plaintiff may contact
11 Keith Holland, Operations Manager for the United States District Court for the Eastern District
12 of California, at (916) 930-4078.  Upon the filing of a satisfactory declaration, the court will
13 grant plaintiff's request to use electronic filing as an exception to Local Rule 5-133.

14 Second, plaintiff requests that his complaint be amended to remove the message
15 telephone number included in the caption of the pleading.  Plaintiff states that he used the
16 number without first obtaining permission from the person to whom the number belongs.
17 Plaintiff requests leave "to use his email address as a form of communication with the court."

18 If plaintiff is granted leave to use electronic filing, he must register to file
19 documents electronically through ECF.  See Local Rule 1-101 (defining "E-Filing Registration").
20 "E-Filing registration also acts as a consent to service by electronic means during the course of
21 an action."  Id.  Thus, if plaintiff is granted leave to use electronic filing, plaintiff will be required
22 to file and serve every document in this case electronically, and the court will serve all orders on
23 plaintiff electronically.  Until plaintiff has been granted leave to use electronic filing, however,
24 his communication with the court must be by means of paper documents filed in accordance with
25 Local Rule 5-133.
26 /////

1  Plaintiff is advised that it is unnecessary to amend his complaint solely for the
2  purpose of deleting a message telephone number shown in the caption. A review of the court's
3  docket for this case reveals that neither number was entered on the docket. After defendants file
4  a response to plaintiff's complaint as filed on April 19, 2007, plaintiff may notify counsel for
5  defendants that messages should not be left for him at the message number shown on the
6  complaint.

7  Accordingly, IT IS HEREBY ORDERED that:

8  1. Plaintiff shall file, within ten days after this order is served, a declaration in
9  support of his May 7, 2007 request for permission to use the court's electronic filing system; and

10  2. Plaintiff's May 7, 2007 request to amend information in the original complaint
11  is denied as unnecessary.

12  DATED: June 6, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\phifer0747.mot.ecf

3