IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BRYANT PHIFER,

    Plaintiff,

    v.

SACRAMENTO CITY AND
COUNTY HOUSING AND
REDEVELOPMENT AGENCY, et al.,

    Defendants.

_____/

No. CIV S-07-0747 LKK DAD PS

ORDER

    Plaintiff, proceeding pro se, has requested permission to use the court's electronic filing system and to use his e-mail address "as a form of communication with the court."

    By order filed June 7, 2007, the court informed plaintiff that an unrepresented party who is granted leave to use electronic filing must register to file documents electronically and that such registration acts as the party's consent to service by electronic means during the action. See Local Rule 1-101 & 5-133. The court explained that, if plaintiff's request is granted, he will be required to file and serve every document in this case electronically, and the court will serve all orders on plaintiff electronically. Plaintiff was directed to file a declaration in which he states that he is aware of the electronic filing requirements, has the necessary hardware and software, and will comply with all requirements concerning electronic filing in this court.

1

1  Plaintiff has filed a declaration in which he clarifies that he wants to have the
2 option of filing a document either electronically or by paper, as he chooses.  Plaintiff also states
3 that he will not consent to service by electronic means.
4  Local Rule 5-133 does not permit use of the electronic filing system in the manner
5 plaintiff proposes.  Plaintiff has not demonstrated that he can and will comply with all the
6 requirements concerning electronic filing in this court.  Plaintiff must therefore continue to file
7 and serve paper documents in accordance with Local Rule 5-133.
8  Accordingly, IT IS HEREBY ORDERED that plaintiff's May 7, 2007 request for
9 permission to use the court's electronic filing system is denied.
10 DATED: June 21, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\phifer0747.ord.motecf