IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BRYANT PHIFER,

      Plaintiff,

    v.

SACRAMENTO CITY AND COUNTY HOUSING AND REDEVELOPMENT AGENCY, et al.,

      Defendants.

                                /

No.  CIV S-07-0747 LKK DAD PS

<u>ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u>

        This action has been assigned to United States District Judge Lawrence K. Karlton and, pursuant to Local Rule 72-302(c)(21), has been referred to Magistrate Judge Dale A. Drozd for all purposes encompassed by that provision.

        The parties are informed that they may, if all consent, have this case tried before a United States Magistrate Judge while preserving their right to appeal to the Ninth Circuit Court of Appeals.  An appropriate form for consent to proceed before a magistrate judge is attached. Any party choosing to consent may complete the form and return it to the Clerk of the Court. Neither the magistrate judge nor the district judge handling the case will be notified of the filing of a consent form, unless all parties to the action have consented.

/////

Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS ORDERED that:

1. A Status (Pretrial Scheduling) Conference is set for **January 18, 2008, at 11:00 a.m.**, in Courtroom No. 27, before Magistrate Judge Drozd.

2. All parties shall appear at the Status Conference by counsel, or *in propria persona* if acting without counsel.  Parties may appear at the conference telephonically.  To arrange telephonic appearance, parties shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, .

3. Each party shall submit to the court, no later than seven days before the Status (Pretrial Scheduling) Conference, a status report addressing all of the following matters:

    a.    Status of service of process;

    b.    Possible joinder of additional parties;

    c.    Any expected or desired amendment of pleadings;

    d.    Jurisdiction and venue;

    e.    Anticipated motions and the scheduling thereof;

    f.    Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g.    Future proceedings, including the setting of appropriate cut-off dates for discovery and law and motion practice, and the scheduling of a final pretrial conference and trial;

    h.    Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i.    Whether the case is related to any other case, including matters in bankruptcy;

    j.    Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

        k.      Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

        l.      Any other matters that may aid in the just and expeditious disposition of this action.

4. The Clerk of the Court shall send the parties, along with this order, the appropriate number of copies of the form "Consent to Proceed Before United States Magistrate Judge."

DATED: October 3, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\phifer0747.ossc

3