RANDOLPH, CREGGER & CHALFANT LLP
THOMAS A. CREGGER, State Bar No. 124402
1030 G Street
Sacramento, California 95814
Telephone:  (916) 443-4443
Facsimile:   (916) 443-2124

Attorneys for Defendants
SACRAMENTO HOUSING & REDEVELOPMENT AGENCY, sued herein as SACRAMENTO CITY AND COUNTY HOUSING AND REDEVELOPMENT AGENCY; ANNE MOORE, EXECUTIVE DIRECTOR OF SACRAMENTO HOUSING & REDEVELOPMENT AGENCY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRYANT PHIFER,<br><br>                  Plaintiff,<br><br>     vs.<br><br>SACRAMENTO CITY AND COUNTY HOUSING AND REDEVELOPMENT AGENCY; MS. ANNE MOORE, EXECUTIVE DIRECTOR,<br><br>                  Defendants.<br>_____/ | No. 2:07-CV-0747 LKK DAD PS<br><br>**STIPULATION RE PROPER IDENTIFICATION AND CAPACITY OF DEFENDANTS AND ORDER** |

Plaintiff, JAMES BRYANT PHIFER, in pro per, and Defendants SACRAMENTO HOUSING & REDEVELOPMENT AGENCY, and ANNE MOORE, by and through their attorney Thomas A. Cregger, hereby stipulate to the following facts and request that the Court issue an order as set forth herein:

When the Complaint was initially filed, it listed as defendants "Sacramento City and County Housing, and Redevelopment Agency, Ms. Anne Moore, Executive Director, et al.".

JAMES BRYANT PHIFER has been informed by the Clerk of the Court that it considers that three separate defendants have been named.

At the time of the filing of the Complaint, Plaintiff JAMES BRYANT PHIFER intended to name as defendants the SACRAMENTO HOUSING & REDEVELOPMENT AGENCY and

**Randolph Cregger & Chalfant**

1 ANNE MOORE, in her official capacity as the Executive Director of the SACRAMENTO
2 HOUSING & REDEVELOPMENT AGENCY.
3      To avoid any confusion with the identity or capacities of the defendants, the parties request
4 that the Court issue an order as follows:
5      1.   There are two defendants in this case, being: the SACRAMENTO HOUSING &
6 REDEVELOPMENT AGENCY and ANNE MOORE, in her official capacity as Executive
7 Director of the SACRAMENTO HOUSING & REDEVELOPMENT AGENCY.
8      2.   That the Answer filed by defendants SACRAMENTO HOUSING &
9 REDEVELOPMENT AGENCY, sued herein as Sacramento City and County Housing and
10 Redevelopment Agency, and ANNE MOORE, Executive Director of SACRAMENTO HOUSING
11 & REDEVELOPMENT AGENCY shall be deemed to be an Answer filed on behalf the
12 SACRAMENTO HOUSING & REDEVELOPMENT AGENCY and ANNE MOORE, in her
13 official capacity as Executive Director of SACRAMENTO HOUSING & REDEVELOPMENT
14 AGENCY.

15 Dated: January 18, 2008            RANDOLPH CREGGER & CHALFANT LLP

16                                    /s/ Thomas A. Cregger
                                      THOMAS A. CREGGER
17                                    Attorneys for Defendants SACRAMENTO HOUSING &
                                      REDEVELOPMENT AGENCY; ANNE MOORE,
18                                    EXECUTIVE DIRECTOR of SACRAMENTO HOUSING
                                      & REDEVELOPMENT AGENCY

19 Dated: January 18, 2008
                                      /s/ James B. Phifer
20                                    JAMES BRYANT PHIFER
                                      Plaintiff in Pro Per
21
                                             **ORDER**
22      IT IS SO ORDERED.

23 DATED: January 22, 2008.

24
                                      _Dale A. Drozd_
25                                    DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE
26 Ddad1/orders.prose/phifer0747.stipord

**Randolph Cregger & Chalfant**

2
STIPULATION RE PROPER IDENTIFICATION AND CAPACITY OF DEFENDANTS

**PROOF OF SERVICE**

**CASE:** James Bryant Phifer v. Sacramento City and County Housing and Redevelopment Agency, et al.

**NO:** U. S. District Court, Eastern District of California, No. 2:07-CV-0747 LKK DAD PS

The undersigned declares:

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 1030 G Street, Sacramento, CA 95814.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

On the date indicated below I served the within **STIPULATION RE PROPER IDENTIFICATION AND CAPACITY OF DEFENDANTS** on all parties in said action as addressed below by causing a true copy thereof to be:

xx        **placed in a sealed envelope** with first class postage thereon fully prepaid in the designated area for outgoing mail:

___       **delivered by hand**:

___       **telecopied by facsimile**:

___       **express mailed**:

Plaintiff in Pro Per
James Bryant Phifer
1017 L St., PMB 124
Sacramento, CA 95814
Telephone: (302) 397-1428

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this January 18, 2008 at Sacramento, California.

/s/ Beverly J. Murch
Beverly J. Murch

G:\DOCS\DAD\DDAD1\ORDERS.PRO SE\phifer0747.stipord.wpd

**Randolph Cregger & Chalfant**

3
STIPULATION RE PROPER IDENTIFICATION AND CAPACITY OF DEFENDANTS