```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BRYANT PHIFER,

          Plaintiff,

     v.                              CIV. NO. S-07-747 LKK/DAD

SACRAMENTO CITY AND COUNTY
HOUSING AND REDEVELOPMENT
AGENCY, et al.,

          Defendants.
                                    /
JAMES BRYANT PHIFER,

          Plaintiff,

     v.                              CIV. NO. S-08-299 JAM/DAD

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT,
                                     RELATED CASE ORDER
          Defendants.
                                    /
```

Examination of the above-entitled actions reveals that these two (2) actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve the same plaintiff, are based on the same or similar claims, and involve the same

1

events or transactions.

Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the two (2) actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CIV. NO. S-08-299 JAM/DAD and the same hereby is, reassigned to Judge Lawrence K. Karlton and Magistrate Judge Dale A. Drozd for all further proceedings, and any dates currently set in this reassigned case only, including any hearing dates currently set before Judge Lew, are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as CIV. NO. S-08-299 LKK/DAD.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: July 3, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2