IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BRYANT PHIFER,

    Plaintiff,

    v.

SACRAMENTO CITY AND COUNTY HOUSING AND REDEVELOPMENT AGENCY, et al.,

    Defendants.

No. CIV S-07-0747 LKK DAD PS

ORDER

/

    This matter came before the court on August 15, 2008 for hearing of defendants' motion to compel the plaintiff to appear at his deposition. Wendy Motooka, Esq. appeared for the moving parties, and James B. Phifer made a telephonic appearance in propria persona.

    Defendants' motion was brought pursuant to Local Rule 37-251(e). The rule requires the filing of a response not later than five court days prior to the hearing date. Despite plaintiff's failure to file a response to defendants' motion, plaintiff was heard with regard to the motion. For the reasons stated in open court, defendants' motion is granted.

    IT IS ORDERED that:

    1. Defendants' July 22, 2008 motion to compel plaintiff to appear at deposition (Doc. No. 38) is granted.

1       2. Plaintiff shall appear for his deposition on September 4, 2008, at 1:00 p.m. in
the office of defendants' counsel, and plaintiff shall bring to the deposition all documents in his
custody or control that are responsive to defendants' request for production of documents.
Plaintiff is cautioned that failure to appear and be deposed may result in sanctions.  See Fed. R.
Civ. P. 37(d)(1)(A)(i), 37(b)(2)(A)(i)-(vi), and 37(d)(3).

        3. Plaintiff shall arrange for any future telephonic appearance by calling Pete
Buzo, the courtroom deputy to the undersigned, at (916) 930-4128 at least forty-eight hours prior
to the hearing date; the telephone number provided must be a land line.

DATED: August 15, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\phifer0747.mtc.oah