UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES B. PHIFER,

           Plaintiff,

   v.

SACRAMENTO HOUSING AND
REDEVELOPMENT AGENCY, et al.,

           Defendants.
                              /

NO. CIV. S-07-747 LKK/DAD PS

O R D E R

    Plaintiff, who is proceeding *pro se* in this action, brings suit under the Fair Housing Act, 42 U.S.C. § 3601 et seq., Title VII of the Civil Rights Act, 42 U.S.C. § 2000d et seq., and the Americans With Disabilities Act, 42 U.S.C. § 12101 et seq. Pending before the court is the plaintiff's motion for reconsideration of the magistrate judge's May 6, 2008 order in which the plaintiff's request for production of documents was held improperly filed and his motion for court ordered chemical testing was denied.

    Pursuant to Eastern District of California Local Rule 72-303(f) and 28 U.S.C. § 636(b)(1)(A), a magistrate judge's order

1

shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's rulings were clearly erroneous or contrary to law. The May 6, 2008 order is, therefore, affirmed.

Accordingly, it is ordered that plaintiff's request for reconsideration (docket no. 33) is DENIED.

IT IS SO ORDERED.

DATED: August 25, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT