1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES B. PHIFER,
                                          NO. CIV. S-07-747 LKK/DAD PS
12             Plaintiff,

13        v.                                   O R D E R

14   SACRAMENTO HOUSING AND
     REDEVELOPMENT AGENCY, et al.,
15
               Defendants.
16   _____/

17        Plaintiff, who is proceeding *pro se* in this action, brings

18   suit under the Fair Housing Act, 42 U.S.C. § 3601 et seq., Title

19   VII of the Civil Rights Act, 42 U.S.C. § 2000d et seq., and the

20   Americans With Disabilities Act, 42 U.S.C. § 12101 et seq. Pending

21   before the court is the plaintiff's motion for reconsideration of

22   the magistrate judge's October 23, 2008 order in which the

23   plaintiff's request to place his motion to compel on calendar for

24   hearing was stricken and his motion for appointment of counsel was

25   denied.

26        Pursuant to Eastern District of California Local Rule 72-

                                    1

303(f) and 28 U.S.C. § 636(b)(1)(A), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's rulings were clearly erroneous or contrary to law. The October 23, 2008 order is, therefore, affirmed.

Accordingly, it is ordered that plaintiff's request for reconsideration (docket no. 53) is DENIED.

IT IS SO ORDERED.

DATED: November 10, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2