UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES B. PHIFER,

        NO. CIV. S-07-747 LKK/DAD PS

    Plaintiff,

  v.                          O R D E R

SACRAMENTO HOUSING AND
REDEVELOPMENT AGENCY, et al.,

    Defendants.
_____/

    Plaintiff, who is proceeding *pro se* in this action, brings suit under the Fair Housing Act, 42 U.S.C. § 3601 et seq., Title VII of the Civil Rights Act, 42 U.S.C. § 2000d et seq., and the Americans With Disabilities Act, 42 U.S.C. § 12101 et seq. Pending before the court is the plaintiff's motion for reconsideration of the magistrate judge's October 23, 2008 order in which the plaintiff's request to place his motion to compel on calendar for hearing was stricken and his motion for appointment of counsel was denied.

    Pursuant to Eastern District of California Local Rule 72-

1

1  303(f) and 28 U.S.C. § 636(b)(1)(A), a magistrate judge's order
2  shall be upheld unless "clearly erroneous or contrary to law." Upon
3  review of the entire file, the court finds that it does not appear
4  that the magistrate judge's rulings were clearly erroneous or
5  contrary to law. The October 23, 2008 order is, therefore,
6  affirmed.

   Accordingly, it is ordered that plaintiff's request for
   reconsideration (docket no. 53) is DENIED.

   IT IS SO ORDERED.

   DATED: November 12, 2008.

                                   _____
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT