IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BRYANT PHIFER,

    Plaintiff,                    No. CIV S-07-0747 LKK DAD PS

    v.

SACRAMENTO HOUSING AND
REDEVELOPMENT AGENCY, et al.,

    Defendants.           <u>ORDER</u>

/

        Defendants' motion for summary judgment or summary adjudication, filed November 4, 2008, and plaintiff's counter-motion for summary judgment, filed December 5, 2008, were heard by the undersigned on December 19, 2008. Due to the time required for disposition of these motions, the undersigned finds good cause to continue the dates set for final pretrial conference and jury trial.

        With the approval of the assigned district judge, IT IS ORDERED that:

        1. Final Pretrial Conference is **CONTINUED** from March 23, 2009, to **June 29, 2009**, at **2:00 p.m.**, before the Honorable Lawrence K. Karlton. The parties are reminded that any counsel appearing for Pretrial Conference shall in fact try the matter.

        2. Jury trial is **CONTINUED** from June 23, 2009, to **September 29, 2009**, at **10:30 a.m.** before the Honorable Lawrence K. Karlton.

1

3. In all other respects, the Status (Pretrial Scheduling) Order filed January 22, 2008 remains in effect.

DATED: February 23, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.prose/phifer0747.sched.mod

2