IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BRYANT PHIFER,          )      Case No. 2:07-CV-00747-LKK-DAD PS
                                 )
                 Plaintiff,   )      ORDER PERMITTING UNITED STATES OF
                                 )      AMERICA TO APPEAR AS *AMICUS CURIAE*
          v.                )      TO OPPOSE PLAINTIFF'S MOTION TO
                                 )      AMEND COMPLAINT
SACRAMENTO CITY AND COUNTY    )
HOUSING AND REDEVELOPMENT     )
AGENCY, et al.,                )
                                 )
               Defendants.  )
_____)

     Upon consideration of the *ex parte* application of the United States of America for an order

permitting the United States to appear as *amicus curiae*, and the files and records in this case and in

the related case of *Phifer v. Secretary of HUD*, Case No. 2:08-CV-00299-LKK-DAD, and for good

cause shown,

     IT IS HEREBY ORDERED that the United States of America is granted leave to appear as

*amicus curiae* in this action.

     IT IS FURTHER ORDERED that the proposed United States of America's Opposition to

Plaintiff's Motion to Amend Complaint that *amicus curiae* United States of America submitted as

///

///

///

///

1   Exhibit A to its *ex parte* application be filed herein by the Clerk of the Court as a separate docket

2   entry and served on plaintiff.

3          IT IS SO ORDERED.

4   DATED: April 29, 2009.

5

6                                          _____
                                           DALE A. DROZD
7                                          UNITED STATES MAGISTRATE JUDGE

8   Ddad1/orders.prose/phifer0747.ord

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28