IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BRYANT PHIFER,

    Plaintiff,           No. CIV S-07-0747 LKK DAD PS

    v.

SACRAMENTO HOUSING AND
REDEVELOPMENT AGENCY, et al.,

    Defendants.       ORDER
_____/

    Plaintiff's motion to amend complaint is submitted for decision, along with the parties' previously submitted cross-motions for summary judgment. Due to the time required for disposition of the submitted motions, the undersigned finds good cause to vacate the Final Pretrial Conference[1] and jury trial dates at this time. New dates will be set, if appropriate, upon disposition of the motions.

    With the approval of the assigned district judge, IT IS ORDERED that

    1. The Final Pretrial Conference set for **June 29, 2009**, at **2:00 p.m.** before the Honorable Lawrence K. Karlton is vacated;

---

[1] Plaintiff did not file his separate Pretrial Statement and the parties' Joint Statement of undisputed facts and disputed factual issues on or before June 15, 2009, as required by the court's scheduling order. See Status (Pretrial Scheduling) Order filed Jan. 22, 2008, at 5; Local Rule 16-281(a)(1).

1

2. The jury trial set for **September 29, 2009**, at **10:30 a.m.** before the Honorable Lawrence K. Karlton is vacated; and

3. Dates for Final Pretrial Conference and jury trial will be reset at a later time, if appropriate.

DATED: June 19, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.prose/phifer0747.sched.mod2